1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RANDAL N. WIIDEMAN,                    )
      #22306                                   )
11                                                                  )
          Plaintiff,                         )            3:11-cv-00155-ECR-RAM
12                                                                  )
    vs.                                              )
13                                                                 )            **ORDER**
    STATE OF NEVADA, *et al.*,          )
14                                                                 )
          Defendants.                     )
15 _____/

16

17          This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  The court issued

18 an Order dated May 26, 2011 (docket #11) that dismissed some claims and allowed some claims to

19 proceed.  Before the court is plaintiff's motion to amend Screening Order (docket #12).  Plaintiff, who

20 has filed several duplicative actions before this court, seeks to raise claims here that he has been directed

21 to raise in 3:11-cv-00174-ECR-RAM.  Plaintiff, however, has been granted leave to file an amended

22 complaint in 3:11-cv-00174-ECR-RAM (*see* docket #12 in that case), and he is advised to comply with

23 the court's Orders to set forth any and all access to courts claims in 3:11-cv-00174-ECR-RAM.

24          The court also notes that another case filed by plaintiff, 3:11-cv-00119-RCJ-RAM, was

25 dismissed as duplicative of this action, and the court directed plaintiff to seek leave to file an amended

26 complaint in this action if he wished to set forth additional allegations related to the twenty-page limit

1   on incoming mail as well as regulations regarding receipt of outside legal publications and other legal

2   materials.

3          Because the above-described events occurred close in time, and in the interest of judicial

4   economy, the court will give plaintiff the opportunity to file a second amended complaint, if necessary,

5   to set forth all claims that he has been directed to bring in this action.  Plaintiff is advised to review the

6   Screening Orders in this case (docket #s 8, 11) as well as the orders discussed above.  If for any reason

7   plaintiff omitted any claims in his first amended complaint, he has leave to file a second amended

8   complaint.  Accordingly, plaintiff has thirty (30) days from the date this Order is entered to file a second

9   amended complaint.  If plaintiff elects not to file a second amended complaint, this action will proceed

10  according to the Screening Order dated May 26, 2011 (docket #11).

11         **IT IS THEREFORE ORDERED** that plaintiff's motion to amend Screening Order

12  (docket #12) is **DENIED**.

13         **IT IS FURTHER ORDERED**  that plaintiff has **thirty (30) days** from the date that this

14  Order is entered to file his second amended complaint, if any.  The second amended complaint must be

15  a complete document in and of itself, and will supersede the original complaint in its entirety.  Any

16  allegations, parties, or requests for relief from prior papers that are not carried forward in the second

17  amended complaint will no longer be before the court.

18         **IT IS FURTHER ORDERED** that plaintiff shall clearly title the amended complaint

19  as such by placing the words "SECOND AMENDED" immediately above "Civil Rights Complaint

20  Pursuant to 42 U.S.C. § 1983" on page 1 in the caption, and plaintiff shall place the case number, **3:11-**

21  **CV-00155-ECR-RAM**, above the words "SECOND AMENDED"in the space for "Case No."

22         **IT IS FURTHER ORDERED** that plaintiff is expressly cautioned that if he does not

23  timely file a second amended complaint in compliance with this Order, this action shall proceed in

24  accordance with the Screening Order dated May 26, 2011 (docket #11).

25         **IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff a blank section 1983

26  civil rights complaint form with instructions along with one copy of the original complaint (docket #9),

the first amended complaint (docket #10) as well as one copy of each of the following orders: docket #s 8, 11, and 13.

**IT IS FURTHER ORDERED** that the portion of this court's Screening Order dated May 26, 2011 (docket #11) directing defendants to file a response to the first amended complaint within thirty days is **VACATED**.  Defendants need not file a response until further order of this court.

DATED this 23rd day of June 2011.

_Edward C. Reed._
UNITED STATES DISTRICT JUDGE