FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 6 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RANDAL N. WIIDEMAN, ) | 3:11-cv-155-ECR (WGC) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | October 6, 2011 |
| ELDON K. McDANIEL, ) | |
| Defendant. ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for a Scheduling Order (Doc. #24). Plaintiff's motion is premature.

Local Rule 16-1(b) provides that a scheduling order will be entered within thirty (30) days after the first defendant answers the complaint or otherwise appears.

Plaintiff's Motion for a Scheduling Order (Doc. #24) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk