```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

RANDALL N. WIIDEMAN,               )   3:11-cv-00155-ECR-WGC
                                   )
    Plaintiff,                     )   MINUTES OF THE COURT
                                   )
vs.                                )   DATE: March 28, 2012
                                   )
ELDON K. McDANIEL,                 )
                                   )
    Defendant.                     )
_____)

PRESENT:      EDWARD C. REED, JR.                  U. S. DISTRICT JUDGE

Judicial Assistant:   Candace Knab     Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On March 1, 2012, the Magistrate Judge filed a Report and Recommendation (#32) recommending that Defendants' Motion to Dismiss Based on Suggestion of Death (#29) be granted.  No objections were filed.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#32) is well taken and is **APPROVED** and **ADOPTED**. Defendants have represented to the Court that Plaintiff passed away on or about October 23, 2011, and that no successor or representative of Plaintiff is known or readily available.

    **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss Based on Suggestion of Death (#29), filed on February 2, 2012, is **GRANTED**.

    The Clerk shall enter judgment accordingly.

                                                   LANCE S. WILSON, CLERK

                                                 By      /s/
                                                      Deputy Clerk